GAO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary#275886 *Petitioner* v. Charles W. Jones, James F. Ashmore, Chris Miller, Lorin Williams, Alan Wilson, Trey Gowdy, Chuck Wright, Derrick B. Bulsa, J. Derham Cole, Susan White, Roger L. Couch and Alphonso Simon, Jr. *Respondent* | Civil Action No.   7:20-cv-825-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 2, 2020                                        *CLERK OF COURT*

                                                            s/Debbie Stokes
                                                    *Signature of Clerk or Deputy Clerk*